IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JEFFREY JACKSON**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #151316**

V.　　　　　　　　　NO. 2:21-cv-00072-KGB-ERE

**RICKEY SMITH,** *et al.*　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.　　Procedure for Filing Objections:**

This Recommendation for the dismissal of Mr. Jackson's claims has been sent to United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Baker may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may waive the right to appeal questions of fact.

**II.　　Discussion:**

On July 6, 2021, Jeffrey Jackson, formerly a pre-trial detainee at the Arkansas County Detention Center, filed this civil rights lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 2*.

On August 19 and 22, 2022, mail sent to Mr. Jackson from the Court was returned as undeliverable. *Doc. 26. 27.*

On October 4, 2022, the Court ordered Mr. Jackson to notify the Court of his current address within 30 days or risk dismissal of his complaint. *Doc. 28.* To date, he has not responded to the Court's October 4 Order, and the time to do so has passed.

Mr. Jackson has failed to inform the Court of his current address, as required by this Court's Initial Order (*Doc. 3*) and Local Rule 5.5(c)(2). As a result, the Court has no way to communicate with Mr. Jackson regarding his lawsuit.

### III. Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Jackson's complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with this Court's Initial Order and Local Rule 5.5(c)(2); (2) respond to the Court's October 4 Order; (3) update his address; and (4) prosecute this lawsuit.

2. The Clerk be instructed to close this case.

Dated this 7th day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE