**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**JEFFREY JACKSON**                                                                       **PLAINTIFF**
**ADC #151316**

**v.**                             **Case No. 2:21-cv-00072-KGB**

**RICKEY SMITH,** *et al.*                                              **DEFENDANTS**

## ORDER

      Before the Court are the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 30). Plaintiff Jeffrey Jackson has not filed any objections, and the time to file objections has passed. After careful review, the Court adopts the Recommended Disposition in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Mr. Jackson's complaint for failure to update his address and prosecute this lawsuit (Dkt. No. 2). The Clerk is instructed to close the case.

      It is so ordered this 23rd day of July, 2024.

*[signature: Kristine G. Baker]*
Kristine G. Baker
Chief United States District Judge