IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**JEFFREY JACKSON**   **PLAINTIFF**
**ADC #151316**

v.   Case No. 2:21-cv-00072-KGB

**RICKEY SMITH,** *et al.*   **DEFENDANTS**

### JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Jeffrey Jackson's complaint is dismissed (Dkt. No. 2). The Court denies the requested relief.

So adjudged this 23rd day of July, 2024.

Kristine G. Baker
Chief United States District Judge